

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2016

No. 04-16-00054-CV

**IN THE INTEREST OF V.H., A CHILD**,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01656
Honorable Richard Garcia, Judge Presiding

## O R D E R

    Appellant's attorney has filed his fifth motion for extension of time to file the brief in this appeal from the termination of appellant's parental rights. Appellant's brief was originally due on March 9, 2016.

    Due to the numerous extensions of time allowed, the motion is granted in part. Appellant's brief must be filed on or before April 29, 2016. **NO FURTHER EXTENSIONS OF TIME WILL BE ALLOWED.**

_____
Jason Pulliam, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court